JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN BENITEZ, | Case No. 2:20-cv-00396-FMO (SHK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LT. D. SCHUMACHER, et al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: February 12, 2021

                                             /s/
                              HONORABLE FERNANDO M. OLGUIN
                              United States District Judge